# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Velyn A. Hennings

_____
Write the full name of each plaintiff.

____CV_____
(Include case number if one has been assigned)

-against-

Eric Adams Mayor
of City Hall,
NY of tcct
Commanded Mackie Di

Personnel Director for Parks Dept

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X] Federal Question

[ ] Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

My Rights have Been Violated

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Velyn / A. / Hennings
First Name / Middle Initial / Last Name

62 Pennsylvania Ave Apt 6R
Street Address

Brooklyn / NY / 11207 / 6R
County, City / State / Zip Code

646-266-6121 / V.Hennings@gmail.com
Telephone Number / Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Eric Adams
First Name / Last Name

Mayor of New York City
Current Job Title (or other identifying information)

NY 10007
Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 2: Commander Mackie
First Name / Last Name

Commander of the Police
Current Job Title (or other identifying information)

District 33 2309 Fulton St
Current Work Address (or other address where defendant may be served)

Bklyn, NY
County, City / State / Zip Code

Defendant 3: Personnel Director
First Name / Last Name

Heads up Personnel Dept
Current Job Title (or other identifying information)

24 W. 61st
Current Work Address (or other address where defendant may be served)

New York, NY 10023
County, City / State / Zip Code

Parks Opportunity Program

Defendant 4: _____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Penn station, Grand central) at 42 (Broadway) out

Date(s) of occurrence: The illegal hearing started

FACTS: last April and they are still going on

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

At all three sites my rights have been violated. District office 33, for transportation, illegally going in the system and paying out information and post information on these illegal hearings the transporters officers posted or started illegal hearings and they won't shut these hearings down.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

See attached sheet of paper

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

The Biden Administration Agreed to pay 750 million dollars.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-6-23
Dated

*[Plaintiff's Signature]*

First Name: Nelson
Middle Initial: A.
Last Name: Hennings

Street Address: 62 Pennsylvania Ave

County, City: Brooklyn
State: NY
Zip Code: 11207

Telephone Number: 
Email Address (if available): N.Hennings@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Nelson Hennas

@ split Rock Nursing center and Rehabilitation where I received treatment for my legs and upper torso on a weekly ~~Batis~~ Basics.

Also from split Rock Nursing I went twice a week to receive treatment for legs at the wounded care unit at Bellevue Hospital

Very Serious

(1) NYC Health
Hospitals / Bellevue
462 1st ave
New York, NY
Legs were Badly damage
wounded care unit
which is located on
the second floor of
the Hospital

Nelyn Hennings

From split Rock Nursing Home in the Bronx, I was sent to assist Living Facility, 360 fishskill ave Beacon NY. The facility is open 24 hours. Hedgewood Home Adults

Page 5

The MTA police are hired by a state agency. They got a hold of my Personal Data, and Ran the information through a computer and called the Parks Dept Personnel and the person looked they told them I was Dead

Pages

These cops tried telling the federal gov it that their cops cleaned Parks and they wanted to be compensated for it. Bidens Administration approved these illegal ~~Police on~~ Public Hearings which All of my Personal which was Released with out my consent

B. Defendant Information

M.T.A Cops

Pennstation

Downstairs where
the Long Island
Rail Road
District 4

MTA cops -

Grand Central Terminal
89 East 42nd St
NY, NY 10017
Phone - 212 340-2480
Fax 212-340-2008

BRC - Jewish owner
131. W. 25th Street
New York NY
Phone (212) 803-3700

Commander Mackie
Captain Moron
District 83
2309 Fulton St
BKLYN - NY.

Park Opportunity
Program
24. West 61 St
New York NY 10023
Personnel Director

MTA cops District 4

Penn station at 34st
madison square Garden
Downstairs Long
Island ~~Road~~ RailRoad
is Located.

District 5

Grand central Terminal

89 East 42 nd st

NewYork, NY 10017

Phone (212) 340-2486
Fax - (212) 340-2009